# EXHIBIT B

# EXHIBIT B



