```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| FJERRY, LLC,<br><br>   Plaintiff,<br><br> -v-<br><br>OASIS ENERGY DRINK, LLC,<br><br>   Defendant. | 25-cv-6088 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

  The plaintiff, FJerry, LLC, filed suit against defendant Oasis Energy Drink ("Oasis") for copyright infringement and false endorsement. Oasis moved to dismiss for lack of personal jurisdiction and for failure to state a claim. See ECF No. 13. The Court held oral argument on the motion on October 6, 2025. Pursuant to the Court's order at that argument, the parties submitted letters further discussing specified aspects of whether the Court has personal jurisdiction over Oasis.

  After full consideration, the Court hereby denies the motion to dismiss in its entirety. An opinion setting forth the reasons for this ruling will issue in due course. Meanwhile, the case will move forward in accordance with the previously-entered case management plan, see ECF No. 21. The Clerk of Court is respectfully directed to close the motion at docket number 19.

  SO ORDERED.

New York, NY  
October 9, 2025

                 /s/ Jed S. Rakoff  
                 JED S. RAKOFF, U.S.D.J.